UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

      **Plaintiff,**

v.                                       Case No.  **6:22-cv-554-CEM-DCI**

**JOHN DOE,**

      **Defendant.**

                                        /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record